FILED
2008 Jan-07 PM 12:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES TANNEHILL, II and** ) | |
| **ROBYN L. TANNEHILL,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **CV-06-VEH-RRA-935-S** |
| ) | |
| ) | |
| **JAMES L. MCELROY, JR. and** ) | |
| **MCELROY LAND SURVEYING** ) | |
| **COMPANY, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## **MEMORANDUM OPINION**

This case comes before the court on the plaintiffs' motion for Judicial Notice and Declaratory Judgment. (Doc. 45.) The magistrate judge filed a report and recommendation on December 11, 2008, recommending that the motion be denied in all respects. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. An appropriate order will be entered.

**DONE** this the 7th day of January, 2008.

_/s/ VEHopkins_
**VIRGINIA EMERSON HOPKINS**
United States District Judge
